1  Clint D. Robison (SBN 158834)
   crobison@hinshawlaw.com
2  Amy K. Jensen (SBN 226589)
   ajensen@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd. Suite 800
4  Los Angeles, CA 90025
   Telephone: 310-909-8000
5  Facsimile: 310-909-8001

6  Attorneys for Defendant
   ABRAHAM JOSHUA HESCHEL
7  DAY SCHOOL, INC.

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12 RUTH ROSENFELD, an individual,  )  Case No. CV08-05851 JSL (JCx)
                                   )
13        Plaintiff,                )
                                   )  NOTICE OF REMOVAL OF CIVIL
14    vs.                          )  ACTION UNDER 28 U.S.C. SECTIONS
                                   )  1441(a) and 1331(a)
15 ABRAHAM JOSHUA HESCHEL DAY )
   SCHOOL, INC., a California      )
16 corporation; and DOES 1 through 50, )
   inclusive,                      )
17                                 )
          Defendants.              )
18 _____)

19

20 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

21        **PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C.,

22 sections 1441(a) and 1331(a), Defendant Abraham Joshua Heschel Day School, Inc.

23 ("AJHDS") hereby removes to this Court the state action currently pending in the Los

24 Angeles County Superior Court of California, described more fully below:

25        1.    On May 13, 2008 a civil action was commenced in the Superior Court of

26 the State of California, in and for the County of Los Angeles, entitled Ruth Rosenfeld

27 versus Abraham Joshua Heschel Day School, Inc. as case number BC390751. A copy

28

of the Complaint is attached hereto as **Exhibit "A."**

2. In light of its pendency in Los Angeles County, the United States District Court for the Central District of California, Central District, Western Division is the proper forum for removal under the provisions of 28 U.S.C. sections 84(c) and 1441(a).

3. Defendant AJHDS first received a copy of the said Summons and Complaint on May 30, 2008 when Defendant AJHDS was served with a copy of the Complaint and a Summons from the Los Angeles County Superior Court. A true copy of the Summons is attached hereto as **Exhibit "B."**

4. On or about June 23, 2008, Defendant AJHDS filed an appearance in the form of an Answer with the Los Angeles County Superior Court.

5. On or about July 14, 2008, Plaintiff Rosenfeld filed a Motion for Leave to Amend Complaint seeking to add a cause of action against Defendant AJHDS for violation of the Age Discrimination in Employment Act, 29 U.S.C. section 621 et seq.

6. On or about August 8, 2008 the Los Angeles County Superior Court issued an Order permitting Plaintiff Rosenfeld to file her First Amended Complaint containing a cause of action against Defendant AJHDS for violation of the Age Discrimination in Employment Act, 29 U.S.C. section 621 et seq. A true and correct copy of the Order permitting the filing is attached hereto as **Exhibit "C"**, and a true and correct copy of the First Amended Complaint is attached hereto as **Exhibit "D."**

7. This Notice of Removal was filed within thirty days of Defendant AJHDS's receipt of the First Amended Complaint and within one year of the commencement of the action. It is therefore timely under 28 U.S.C. section 1446(b).

8. This action is one over which this Court has original jurisdiction under 28 U.S.C. section 1332 and which may be removed to this Court pursuant to the provisions of 28 U.S.C. section 1441.

1  **WHEREFORE**, Defendant AJHDS hereby notifies Plaintiff Rosenfeld and her attorneys that the above-entitled action, formerly pending in the Los Angeles County Superior Court has been removed from that court to this Court.

Dated: September 5, 2008

HINSHAW & CULBERTSON LLP

By: _____
Clint D. Robison
Amy K. Jensen
Attorney for Defendant
ABRAHAM JOSHUA HESCHEL DAY SCHOOL, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA- COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On September 8, 2008, I served the foregoing documents described as: **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1441(a) and 1331(a)** on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(S), addressed as follows, by the following means:

**VIA U.S. MAIL**
Wilmer J. Harris, Esq.
Sami N. Khadder, Esq.
Schonbrun DeSimone Seplow Harris & Hoffman LLP
414 S. Marengo Avenue
Pasadena, CA 91101

**VIA MESSENGER DELIVERY**
Hon. Alan S. Rosenfield
Department 31
Los Angeles County Superior Court
111 N. Hill Street
Los Angeles, CA 90012

[XX] **BY MAIL**: I deposited/caused to be deposited such envelope in the mail at Los Angeles, California, with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX] **BY HAND DELIVERY**: I caused the within document(s) to be delivered by hand in a sealed envelope to the addressee(s) mentioned in the attached service list.

Executed on September 8, 2008, at Los Angeles, California.

XX [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

Veronica Perez